July 24, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## FRANK AND SHELLEY THORNTON, Appellants

NO. 14-13-00890-CV                    V.

## NORTHEAST HARRIS COUNTY MUD 1, Appellee

_____

This cause, an appeal from the summary judgment in favor of appellee Northeast Harris County MUD 1, signed October 6, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting appellee summary judgment as to certain counterclaims filed by appellants Frank and Shelley Thornton. We therefore order the portions of the judgment that granted summary judgment in favor of appellee as to appellants' counterclaims for inverse condemnation, nuisance, and trespass are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the summary judgment as to appellants' counterclaim for negligent trespass and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.